FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2017 APR 10 PM 2:13

CLERK_____
__. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAZARO PONCE,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )        CASE NO. CV416-306
                                 )
CITIBANK, N.A.,                  )
                                 )
        Defendant.               )
                                 )

**O R D E R**

Before the Court is the parties' Stipulation of Dismissal. (Doc. 11.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs and fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of April 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA